COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSHUA PAUL DOYLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSHUA PAUL DOYLE,<br><br>                    Defendant. | 2:20-CR-00214-JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on December 6, 2022. The parties now request a continuance to allow probation sufficient time to complete the PSR.

Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to January 10, 2023, at 9:00 a.m., with the following schedule:

USA v. Doyle, Stip and Order to Con't J&S

1

| | |
|---|---|
| Judgment and Sentencing Date: | January 10, 2023 |
| Reply, or Statement of Non-Opposition: | January 03, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court, served on the Probation Officer, and opposing counsel no later than: | December 27, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 20, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 13, 2022 |
| The draft Presentence Report shall be disclosed to counsel no later than: | November 29, 2022 |

**IT IS SO STIPULATED.**

DATED: October 26, 2022        /s/ James Conolly
                               JAMES CONOLLY
                               Assistant United States Attorney


DATED: October 26, 2022        /s/ Chris Cosca
                               CHRIS COSCA
                               Counsel for Defendant
                               JOSHUA PAUL DOYLE


**O R D E R**

IT IS SO FOUND AND ORDERED this 26th day of October, 2022.

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE