COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSHUA PAUL DOYLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00214-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| JOSHUA PAUL DOYLE, | |
| Defendant. | |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on January 10, 2023. The parties now request a continuance to allow the defense sufficient time to prepare for the hearing.

Accordingly, by this stipulation and with the consent of the probation officer, the parties now move to continue the Judgment and Sentencing to February 14, 2023 at 9:00 AM.

**IT IS SO STIPULATED.**

DATED: December 16, 2022              /s/ James Conolly
                                      JAMES CONOLLY
                                      Assistant United States Attorney

1
USA v. Doyle, Stip and Proposed Order to Con't J&S

DATED: December 16, 2022         /s/ Chris Cosca
                                 CHRIS COSCA
                                 Counsel for Defendant
                                 JOSHUA PAUL DOYLE

**O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of Decemnber, 2022.

　　　　　　　　　　　　　　　　 /s/ John A. Mendez
　　　　　　　　　　　　　　　　 THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　 SENIOR UNITED STATES DISTRICT JUDGE